**Christopher BALDWIN, Appellant,**

v.

**HARLEY DAVIDSON MOTOR COMPANY GROUP, INC., Appellee.**

No. 11–3460.

United States Court of Appeals, Eighth Circuit.

Submitted: June 11, 2012.

Filed: June 14, 2012.

Christopher Baldwin, Kansas City, MO, pro se.

Clayton Fulghum, Rosalee M. McNamara, Lathrop & Gage, Kansas City, MO, for Defendant–Appellee.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

In this action claiming employment-related discrimination and retaliation, Christopher Baldwin appeals the district court's[1] adverse grant of summary judgment. Upon careful de novo review, *see Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir.) (en banc), *cert. denied*, —— U.S. ——, 132 S.Ct. 513, 181 L.Ed.2d 349 (2011), we conclude that the grant of summary judgment was proper for the reasons stated by the district court.

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. We also deny Baldwin's pending motion.

[1]. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.